■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH FUCCI, Appellant. [790 NYS2d 891]—

Appeal by the defendant from three judgments of the County Court, Rockland County (Kelly, J.), all rendered August 2, 2001, convicting him of criminal sale of a controlled substance in the third degree under indictment No. 01-00081, criminal possession of a controlled substance in the second degree under indictment No. 01-00082, and conspiracy in the fourth degree under indictment No. 01-00084, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

Since the defendant was sentenced as a second felony offender, the sentences imposed were required to run consecutively to the defendant's undischarged sentence on the defendant's prior conviction, notwithstanding the County Court's silence on the issue (*see* Penal Law § 70.25 [2-a]; *Matter of Madison v Goord*, 274 AD2d 483, 484 [2000]; *People v Hansen*, 267 AD2d 474, 475 [1999]). Prudenti, P.J., Schmidt, Santucci, Luciano and Spolzino, JJ., concur.